Matthew J. Sekits (WA SBN 26175)
matthew.sekits@clydeco.us
Owen R. Mooney (WA SBN 45779)
owen.mooney@clydeco.us
CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, WA   98101
Tel:    (415) 365-9800
Fax:    (415) 365-9801

Attorneys for Defendants
TRUMBULL INSURANCE COMPANY and
THE HARTFORD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RENE DASHIELL BLAIR, AS ASSIGNEE OF ROBIN ELAINE ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>TRUMBULL INSURANCE COMPANY, a foreign insurance company; THE HARTFORD INSURANCE COMPANY, a foreign insurance company,<br><br>Defendants. | Case No.:  2:26-cv-00211-JCC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |

## I.  STIPULATION

The parties stipulate that Defendant "The Hartford Insurance Company" is not an existing entity.  Defendant Trumbull Insurance Company is the only Defendant necessary to pay any Judgment that might be entered in this action.  Accordingly, the parties further stipulate that:

- All claims against Defendant "The Hartford Insurance Company" are dismissed without prejudice, without an award of costs or fees to any party; and

///

///

///

Case No. 2:26-cv-00211-JCC

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

- Defendant Trumbull Insurance Company will remain as the only Defendant in this action.

DATED:  February 27, 2026

CLYDE & CO US LLP


By /s/ Matthew J. Sekits
Matthew J Sekits, WSBA #21675
Email address:  matthew.sekits@clydeco.us
401 Union Street, Suite 1400
Seattle, WA   98101
Telephone:  415.365.9810
Facsimile:  415.365.9801

Attorneys for Defendants
TRUMBULL INSURANCE COMPANY and
THE HARTFORD INSURANCE COMPANY

DATED:  February 27, 2026

CLYDE & CO US LLP


By /s/ Owen R. Mooney
Owen R. Mooney, WSBA #45779
Email address:  owen.mooney@clydeco.us
401 Union Street, Suite 1400
Seattle, WA   98101
Telephone:  415.365.9804
Facsimile:  415.365.9801

Attorneys for Defendants
TRUMBULL INSURANCE COMPANY and
THE HARTFORD INSURANCE
COMPANY


DATED:  February 27, 2026

BALINT & ASSOCIATES, PLLC


By /s/ David J. Balint
David J. Balint, WSBA #5881
Email address:  dbalint@balintlaw.com
14900 Interurban Avenue South, Suite 288-170
Tukwila, WA   98168
Telephone:  206.728.7799
Facsimile:  206.728.2729

Attorneys for Plaintiff
RENE DASHIELL BLAIR, AS ASSIGNEE
OF ROBIN ELAINE ADAMS

Case No. 2:26-cv-00211-JCC
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

## II. ORDER

Based upon the parties' above stipulation, all claims against Defendant "The Hartford Insurance Company" are dismissed without prejudice, without costs or fees to any party.

DATED: March 3, 2026

_____

HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented By:

CLYDE & CO US LLP

By _/s/ Matthew J. Sekits_
Matthew J Sekits, WSBA #21675
Owen R. Mooney, WSBA #45779

Attorneys for Defendants
TRUMBULL INSURANCE COMPANY and
THE HARTFORD INSURANCE COMPANY

BALINT & ASSOCIATES, PLLC

By _/s/ David J. Balint_
David J. Balint, WSBA #5881

Attorneys for Plaintiff
RENE DASHIELL BLAIR, AS ASSIGNEE
OF ROBIN ELAINE ADAMS

3                                          Case No. 2:26-cv-00211-JCC
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL