THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RENE DASHIELL BLAIR, as assignee of ROBIN ELAINE ADAMS,

Plaintiff,

v.

TRUMBULL INSURANCE COMPANY,

Defendant.

CASE NO. C26-0211-JCC

ORDER

Counsel recently telephoned the Court, seeking an expedited ruling or guidance on establishing ground rules for Robin Adams' deposition, which the Court understands is noticed for August 5, 2026. In so doing, Defense counsel sought to head off possible coaching and/or speaking objections from Plaintiff's counsel. The Court reminds the parties that speaking objections are not permitted. (*See* Dkt. No. 9 at 1–2.) If the Court learns that counsel violates this prohibition, it will consider imposing sanctions. Beyond that, the Court will not provide an advanced ruling or further instructions prior to Mr. Adams' deposition.

//

//

//

//

DATED this 4th day of August 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE