THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

RENE DASHIELL BLAIR, AS ASSIGNEE OF ROBIN ELAINE ADAMS,

Plaintiff,

v.

TRUMBULL INSURANCE COMPANY, a foreign insurance company; THE HARTFORD INSURANCE COMPANY, a foreign insurance company,

Defendants.

Case No.: 2:26-cv-00211-JCC

**STIPULATED MOTION TO PERMIT DEPOSITION OF STEPHANIE BLAIR AFTER THE OCTOBER 26 DISCOVERY CUTOFF [~~WITH PROPOSED ORDER~~]**

**NOTE ON MOTION CALENDAR: October 22, 2026**

Defendant Trumbull Insurance Company and Plaintiff Rene Blair stipulate and respectfully move the Court to briefly extend the deadline to complete discovery for the limited purpose of permitting Trumbull to depose Plaintiff's spouse – Stephanie Blair – on November 6, 2026. This is after the October 26 discovery cutoff. (Dkt # 20)

Trumbull scheduled Stephanie Blair's deposition for October 16, 2026, and issued a subpoena for which Plaintiff's counsel accepted service on her behalf. A copy of the subpoena is attached as **Exhibit A** to this stipulation.



CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

Counsel for Trumbull appeared for the deposition, as did a stenographer and videographer. A few minutes before the deposition was scheduled to start, however, Plaintiff's counsel called and informed Trumbull's counsel that Stephanie Blair would ***not*** be appearing for the deposition. (If the Court requires additional explanation for the last-minute cancellation, Plaintiff's counsel will submit a supplemental declaration.)

Given the circumstances, Plaintiff's counsel agreed to pay the fees resulting from the same-day cancellation of the deposition. He has also agreed to permit Trumbull to conduct the deposition on the next day when the witness and counsel are all available—November 6, 2026.

Because that date is after the discovery cutoff, the parties file this stipulation and believe good cause exists to allow the deposition to occur after the discovery cutoff but before the deadline for filing dispositive motions. *See* Fed. R. Civ. P. 16(b)(4), 29(b). Granting this request will alter no other case deadlines.

DATED: October 22, 2026

CLYDE & CO US LLP

By s/ *Matthew J. Sekits*
Matthew J Sekits, WSBA #21675
Email address: matthew.sekits@clydeco.us

By s/ *Owen R. Mooney*
Owen R. Mooney, WSBA #45779
Email address: owen.mooney@clydeco.us
401 Union Street, Suite 1400
Seattle, WA 98101
Telephone: 206.689.8558

Attorneys for Defendant
TRUMBULL INSURANCE COMPANY

DATED: October 22, 2026

BALINT & ASSOCIATES, PLLC

By s/ *David J. Balint* via email approval
David J. Balint, WSBA #5881
Email address: dbalint@balintlaw.com
14900 Interurban Ave S, Ste 288-170
Tukwila, WA 98168
Telephone: 206.728.7799

Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

Defendant Trumbull Insurance Company may conduct the deposition of Stephanie Blair on November 6, 2026. IT IS SO ORDERED.

DATED October 22nd, 2026.

**HONORABLE JOHN C. COUGHENOUR**



CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501