T

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENE DASHIELL BLAIR, AS ASSIGNEE OF ROBIN ELAINE ADAMS,<br><br>Plaintiff,<br>vs.<br><br>TRUMBULL INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | Case No: 2:26-cv-00211-JCC<br><br>ORDER EXCUSING THE PARTIES FROM PARTICIPATING IN MEDIATION |

This matter comes before the Court on Plaintiff's Unopposed Motion (Dkt. No. 37) for the Parties to excused from participating in Mediation and the Court having considered the Pleadings of he Parties and being duly advised in the premises, it is Hereby Ordered the Motion is GRANTED pursuant to which the Parties are Excused from Participating in Mediation.

So ORDERED this 28th of October 2026

John C. Coughenour
UNITED STATES DISTRICT JUDGE